UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> -vs-<br><br>VICTOR MANUEL NAVARRO LOPEZ,<br><br>     Defendant. | NO. CR-12-6045-WFN-3<br><br>ORDER |

Pending before the Court is the Government's Motion for Dismissal of Count 3 Without Prejudice (ECF No. 248). The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion for Dismissal of Count 3 Without Prejudice, filed May 28, 2013, **ECF No. 248**, is **GRANTED.**

2. Count 3 is **DISMISSED without prejudice**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 29th day of May, 2013.

05-29-13

          s/ Wm. Fremming Nielsen
         WM. FREMMING NIELSEN
     SENIOR UNITED STATES DISTRICT JUDGE

ORDER